# IN THE U.S. DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| TERA DUDIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:20-cv-00073 |
| ) | |
| CENTRA HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto stipulate and agree that this case is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully Submitted,

TERA DUDIS

By:     /s/ Paul Valois
M. Paul Valois, Esq.
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA  24502
Phone: 434-845-4529
Fax: 434-845-8536
mvalois@vbclegal.com

Counsel for Plaintiff


CENTRA HEALTH, INC.

By:        /s/ Joshua R. Treece
Of Counsel

Joshua F. P. Long, Esq. (VSB No. 65684)
Joshua R. Treece, Esq. (VSB No. 79149)
WOODS ROGERS PLC
P. O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7600
Fax: (540) 983-7711
jlong@woodsrogers.com
jtreece@woodsrogers.com

Counsel for Defendants Centra Health, Inc.